TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTOPHER VIEIRA (CA Bar No. 273781)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4808
Email: christopher.vieira@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA ROSE MARIE CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 3:26-cv-00709-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD**<br><br>**(*FIRST REQUEST*)** |

Defendant Frank Bisignano, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to file the Certified Administrative Record ("CAR"), currently due on November 16, 2026, by 45 days, through and including December 31, 2026.

This is Defendant's first request for an extension of time to file the Certified Administrative Record. Good cause exists for this extension. Undersigned counsel was informed that due to technical issues, SSA's preparation of the CAR in this case was delayed. Those issues were resolved and the CAR is currently being prepared. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience. Defendant's counsel will endeavour to file the CAR as soon as possible.

On November 16, 2026, counsel for Defendant conferred with Plaintiff's attorney, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to file the Certified Administrative Record, through and including December 31, 2026.

DATED: November 16, 2026

Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

By: s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
Attorneys for Defendant

IT IS SO ORDERED:

HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2026.